

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

**Juan Carlin: El, in Propria persona, Sui Juris**
Plaintiff

v.

**City of Rolling Meadows,**
**Officer S. Nunez (#6969),** in his official and private capacity,
**Officer Geno Muskat (#575),** in his official and private capacity,
Defendants.

1:26-cv-1907
Judge Andrea R. Wood
Magistrate Judge Albert Berry, III
RANDOM / Cat. 2

Case No.: _____

# CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

### I. Jurisdiction and Venue

1. This action arises under the Constitution and laws of the United States, including 42 U.S.C. §1983.

2. Jurisdiction is proper under 28 U.S.C. §§1331 and 1343.

3. Venue is proper under 28 U.S.C. §1391.

### II. Parties

4. Plaintiff Juan Carlin: El is an Assistant Attorney General of the United States of America Republic and did have lawful registration/title/ and National Drivers License on 6-05-2023.

5. Defendant City of Rolling Meadows is a municipal corporation under Illinois law.

6. Officer S. Nunez (#6969) and Officer Geno Muskat (#575) were acting under color of state law.

### III. Factual Allegations

7. On June 5, 2023, Plaintiff was stopped by Officer S. Nunez.

8. On July 12, 2023, Plaintiff was arrested in court by Officer Muskat and property was seized, including National driver's license.

9. Plaintiff was jailed, warehoused, incarcerated, and held in custody.

10. The criminal case was later nolle prossed.



11. Plaintiff's property has not been returned.

## IV. Counts

### Count I – Unlawful Seizure / Fourth Amendment
12. Defendants seized property without justification, violating Plaintiff's Fourth Amendment rights.

### Count II – False Arrest / Unlawful Detention
13. Plaintiff was arrested without probable cause and detained unlawfully.

### Count III – Municipal Liability (Monell)
14. Constitutional violations were caused by City policies or customs, including failure to train or supervise officers.

## V. Damages

15. $250,000.00 for unlawful seizure of property.

16. Jailed, Warehousing, Incarceration, Holding in custody — $100,000.00 per day

17. Additional damages for emotional distress and loss of liberty— $20,000.

## VI. Prayer

Plaintiff requests:

- Judgment in his favor
- Compensatory damages
- Immediate return of property
- Costs and any other relief deemed just

By:/s/ Juan Carlin: El
In Propria persona, Sui Juris
1499 MLK DR. Suite 64102
Province Indiana 46401-7004
202-569-0506
Date: 2-13-2026

J1
619 Darcy Ave
Joliet, IL 60436

**CERTIFIED MAIL**

9589 0710 5270 3643 3225 67

Retail



U.S. POSTAGE PAID
FCM LG ENV
PLAINFIELD, IL 60544
FEB 13, 2026



60604

$13.26

S2324K503154-33

RDC 99

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Clerks office
United States District Court
219 S. Dearborn street, 20th Flr
Chicago, IL 60604

9590 9402 9771 5266 8363 65

9589 0710 5270 3643 3225 67

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

Clerks Office, United States
District Court
219 S. Dearborn Street, 20th Flr.
Chicago, IL 60604

RECEIVED

FEB 20 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT